IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

# AMENDED COMPLAINT

ZAHMALL ZENQUELL DAVIS

vs

24-CV-642-JDP

DEPUTY JACK LUESSMAN
DEPUTY WILLIAM KENNEDY
DEPUTY N. LENARD STARR
DEPUTY HANS OBOIS

FILED/REC'D
2025 DEC 15 A 11:40
CLERK OF COURT
US DISTRICT COURT

Plaintiff ZAHMALL DAVIS was incarcerated at the DANE County Jail awaiting a probation hearing. On the day of the hearing, Defendant Deputy Mendoza placed a set of handcuffs on Davis wrist. After the hearing, Deputy Mendoza attempted to remove the handcuffs, but the left handcuff did not open when he inserted key. Mendoza tightened handcuff and twisted and turned Davis's wrist to make them open causing Davis significant pain. After several unsuccessful attempts to remove the handcuffs, Mendoza called for back up.

DEPUTY HANS OBOIS, arrived and attempted to remove the handcuffs with a set of keys. When this was unsuccessful, Deputy Mendoza and OBois tried to cut the off the handcuffs with a set of bolt cutters, forcefully twisting Davis's wrists and causing intense pain. Deputy Mendoza and OBois got an even bigger/larger set of bolt cutters, but these didn't work either because Davis's wrists was swollen.

Deputy Mendoza and OBois took Davis to a different part of the jail and made him wait, even though he was still in pain.

After what seemed like hours another Deputy N. LENARD STARR unsuccessfully tried to cut off the handcuffs with a set of Ranger bolt cutters, causing Davis more pain. Davis began to cry and beg Deputy N. LENARD STARR to stop. Davis was taken to another part of the jail, where Defendant Sargeant Roper told him to sit on a bench and not move. Davis told Roper that he was in pain and begged Roper to take him to the hospital to have the handcuff removed, but Roper denied that request and said that the handcuff would be removed "in house".

Deputy JACK LUESSMAN, William KENNEDY, and HANS OBOIS attempted to remove the handcuffs while laughing and making jokes. Davis again asked for medical attention and to have the handcuff professionally removed. Sargeant Roper called Madison Fire Dept. to remove handcuff. A fire employee "JUSTIN TEWS, attempted to remove the handcuff with every set of bolt cutter that accompied the fire engine causing plaintiff more pain. When that didn't work JUSTIN TEWS and the other fire employees used a grinding saw to remove the handcuffs. They put a sheet over Davis's face to shield him from flying sparks, and poured water on the handcuffs while sawing to minimize the burning from the hot metal. Despite this the metal became so hot from the sawing that it burned Davis's skin and caused blisters.

After the handcuffs were removed, Davis pleaded with Sargeant Roper to go to the hospital for medical treatment. Roper sent him to jail nurse instead, who gave him Tylenol and an ice pack.

Johnall Davis
12-15-25